1 │ Michael L. Gallion (State Bar No. 189128)
mgallion@seyfarth.com
2 │ Gregg A. Fisch (State Bar No. 214486)
gfisch@seyfarth.com
3 │ SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
4 │ Los Angeles, California 90067-3063
Telephone: (310) 277-7200
5 │ Facsimile: (310) 201-5219

6 │ Attorneys for Defendant
SPHERION PACIFIC WORKFORCE, LLC,
7 │ erroneously sued as SPHERION PACIFIC WORK, LLC

8 │ UNITED STATES DISTRICT COURT

9 │ CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 │ LEISA ELLIOT, individually, and on
behalf of all others similarly situated,   │ Case No. CV06-5032 ABC (PLAx)

12 │   │ Assigned to: Hon. Audrey B. Collins

Plaintiffs,

13 │   │ [PROPOSED] JUDGMENT
RE SPHERION PACIFIC
14 │ v.   │ WORKFORCE, LLC'S
MOTION FOR SUMMARY
JUDGMENT OR, IN THE
15 │ SPHERION PACIFIC WORK, LLC and   │ ALTERNATIVE, PARTIAL
DOE ONE through and including DOE   │ SUMMARY JUDGMENT
ONE HUNDRED,
16

17 │ Defendants.   │ DATE: November 19, 2007
TIME:   10:00
18 │   │ COURTROOM: 680

19 │   │ Complaint Filed:   July 13, 2006

20 │   │ First Amended Complaint Filed:
July 30, 2007
21

22

23

24

25

26

27

28

LA1 6639944.1

1  The motion for summary judgment or, in the alternative, partial summary

2  judgment of Defendant Spherion Pacific Workforce, LLC, came on regularly for

3  hearing on November 19, 2007, before the Honorable Audrey B. Collins in

4  Courtroom 680 of the above-entitled court.  After giving full consideration to the

5  papers and evidence filed in support of and in opposition to the Motions, and

6  having considered the parties' arguments in support of and in opposition to the

7  Motions, for the reasons stated in the Court's Order, the Court finds that there are

8  no triable issues of material fact and Defendant Spherion Pacific Workforce, LLC,

9  is entitled to judgment as a matter of law.  The Court hereby issues its order as

10  follows:

11  IT IS ORDERED AND ADJUDGED that the motion for summary judgment

12  of Defendant Spherion Pacific Workforce, LLC, is GRANTED, and that judgment

13  in favor of Defendant Spherion Pacific Workforce, LLC, and against Plaintiff

14  Leisa Elliot shall be entered accordingly, and that Defendant Spherion Pacific

15  Workforce, LLC, be awarded its costs of suit herein, including attorneys' fees, in

16  an amount to be determined reasonable hereafter.

17

18  IT IS SO ORDERED.

19

20  DATED: _____August 12, 2008_____   _____

21                                                          Honorable Audrey B. Collins
                                                            United States District Court Judge

22

23

24

25

26

27

28

2

LA1 6639944.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 10, 2007, I served the within documents:

     [PROPOSED] JUDGMENT RE SPHERION PACIFIC WORKFORCE, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

[x]  by placing a true copy thereof enclosed in a sealed envelope, as stated on the address below:

> Alan Harris, Esq.
> Jonathan Ricasa, Esq.
> HARRIS & RUBLE
> 5455 Wilshire Blvd., Suite 1800
> Los Angeles, CA 90036
> Tel:  (323) 931-3777
> Fax:  (323) 931-3366

     Executed September 10, 2007 at Los Angeles, California.

[X]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

     Executed on September 10, 2007 at Los Angeles, California.

[x]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
LUCILLE E. YOUNG